**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**LARRY DELL BELLEW**
**ADC #119832**                                                                                                **PLAINTIFF**

**V.**                                              **5:09CV00341 BSM/JTR**

**DR. ROLAND ANDERSON,**
**Correctional Medical Services, et al.**                                                **DEFENDANTS**

**ORDER**

The court has received the recommended disposition from United States Magistrate Judge J. Thomas Ray (Doc. No. 47) and plaintiff Larry Dell Bellew's response (Doc. No. 49). After carefully reviewing the recommended disposition, Bellew's response, and reviewing the record *de novo,* it is concluded that the recommended disposition should be, and hereby is, approved and adopted in all respects in its entirety.

Defendants' motion for summary judgment (Doc. No. 22) is GRANTED, and Bellew's claims are DISMISSED, WITHOUT PREJUDICE. Further, it is hereby certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 14th day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE