# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**LARRY DELL BELLEW**
**ADC #119832**                                                                               **PLAINTIFF**

**V.**                                              **5:09CV00341 BSM/JTR**

**DR. ROLAND ANDERSON,**
**Correctional Medical Services, et al.**                                **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today this case is DISMISSED, WITHOUT PREJUDICE, and judgment is entered in favor of defendants on all claims. Further, pursuant to 28 U.S.C. § 1915(a)(3), it is hereby certified that an *in forma pauperis* appeal from this judgment and the accompanying order would not be taken in good faith.

IT IS SO ORDERED this 14th day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE